UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

AHUVA KATZIN,

Defendant.

26-cr-00024-01 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court having received no response from the Government to Defendant Ahuva

Katzin's Motion for Release from Custody *See* Dkt. 32., it is HEREBY ORDERED, that if the

Government would like to response, the Government shall do so no later than **8:00 p.m.** on

**February 24, 2026.**

Dated:  February 24, 2026
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge