

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 5, 2026

<u>**BY ECF & EMAIL**</u>
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Ahuva Katzin and Yitzchok Sklar*, 26 Cr. 24 (JLR)

Dear Judge Rochon:

  The Government writes, with consent of the defense, to respectfully request (1) a 60-day adjournment of the status conference, currently scheduled for June 23, 2026; and (2) that time between June 23, 2026 and the new conference date be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The adjournment is necessary to give the defense and the Government additional time to confer about and for the Government to potentially obtain and produce certain medical records and to give the parties time to discuss a potential pretrial resolution. The Government respectfully submits that the ends of justice served by granting the requested exclusion of time under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial so that the parties may engage in these discussions and so that any additional discovery materials may be obtained and produced. Counsel for both defendants have informed the Government that they consent to the foregoing requests.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

     By:    /s/
       Meredith Foster
       Henry L. Ross
       Assistant United States Attorneys
       (212) 637-2310 / -2442

cc: Counsel of Record (by ECF & Email)

Consent Letter Motion GRANTED. The status conference is adjourned from June 23, 2026 to **August 20, 2026 at 11:00 a.m.** Speedy trial time is excluded until August 20, 2026. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the parties continued need to review discovery and discuss potential pretrial resolution.

Dated: June 5, 2026
   New York, New York

SO ORDERED.

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**