**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 3, 2026

**BY ECF & EMAIL**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Ahuva Katzin and Yitzchok Sklar*, 26 Cr. 24 (JLR)**

Dear Judge Rochon:

The Government writes, with consent of the defense, to respectfully request (1) a 30-day adjournment of the status conference, currently scheduled for September 10, 2026; and (2) that time between September 10, 2026 and the new conference date be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The parties are engaged in discussions about potential pretrial resolutions. Those conversations are ongoing and are anticipated to continue through September 10, 2026. The adjournment is therefore necessary to give the defense and the Government time to continue those discussions. The Government respectfully submits that the ends of justice served by granting the requested exclusion of time under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial so that the parties may engage in these discussions and so that any additional discovery materials may be obtained and produced. Counsel for both defendants have informed the Government that they consent to the foregoing requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Meredith Foster
Henry L. Ross
Assistant United States Attorneys
(212) 637-2310 / -2442

Request GRANTED. The status conference is adjourned from September 10, 2026 to **October 8, 2026, at 11:30 a.m.** Speedy trial time is excluded until October 8, 2026. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the parties' continued need to review discovery and discuss potential pretrial resolution.

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

cc: Counsel of Record (by ECF & Email)